UNITED STATES DISTRICT COURT
District of Delaware

| | |
|---|---|
| ANTHONY J. QUARTARONE, Individually, and ANTHONY J. QUARTARONE, as next friend of MARIO QUARTARONE, a minor, | Civil Action No. 04-380-SLR |
| Plaintiffs, | Jury Trial Demanded |
| v. | |
| KOHL'S DEPARTMENT STORES, INC., | |
| Defendant. | |

### REPLY TO PLAINTIFF'S MOTION TO COMPEL

Defendant responds to Plaintiff's (sic) Motion to Compel pursuant to FRCP 37 as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted in part, denied in part. Defendant did file a written response, including objections, to the Discovery and did produce documents and/or items requested.

5. Admitted in part, denied in part. Defendant, through prior counsel, did produce documents and/or things in response to the discovery. Defendant, through current counsel, has sent Plaintiff's Counsel a form of Order/Agreement relative to the production of store manuals or other internal documents of Defendant because said documents constitute "trade secrets" and should not be disclosed outside of the instant litigation. Upon receipt of the Confidentiality Agreement, said additional documents will be produced.

6. Denied. By way of further response, plaintiff has failed to designate any medical or damage experts in accordance with the Case Scheduling Order. Nothing in the requested discovery would impact on plaintiffs' ability to make such designations. To the extent plaintiffs

require additional time relative to identification of a liability expert, Defendant's counsel has already advised Plaintiffs' counsel that he will not object to such additional time being given.

**WHEREFORE**, Defendant respectfully requests that Plaintiff's (sic) Motion to Compel be denied.

        **RAYMOND W. COBB, LLC**

        _/s/ **Raymond W. Cobb**_
        RAYMOND W. COBB
        Three Mill Road
        Suite 206
        Wilmington, DE  19806
        (302) 777-4100
        Attorney for Defendant

DATE:    3/2/2005

**CERTIFICATE OF SERVICE**

**I, Raymond W. Cobb,** hereby certify that on this 2nd[h] day of March, 2005 I caused to be served upon plaintiff's counsel two true and correct copies of the Defendant's Reply to Plaintiff's Motion to Compel via U.S. Mail postage prepaid to the following:

>Gary W. Aber, Esquire
>Aber, Goldlust, Baker & Over
>702 King Street
>P O Box 1675
>Wilmington, DE  19899

>_/s/ Raymond W. Cobb_
>RAYMOND W. COBB
>Three Mill Road
>Suite 206
>Wilmington, DE  19806
>(302) 777-4100
>Attorney for Defendant