UNITED STATES DISTRICT COURT
District of Delaware

| | |
|---|---|
| ANTHONY J. QUARTARONE, Individually, and ANTHONY J. QUARTARONE, as next friend of MARIO QUARTARONE, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC., a Delaware Corporation<br><br>Defendant. | Civil Action No. 04-380-SLR<br><br>Jury Trial Demanded |

## WITHDRAWAL OF APPEARANCE

TO:   Clerk of the Court
U. S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE  19801

**PLEASE WITHDRAW MY APPEARANCE** on behalf of the defendant, Kohl's Department Stores, Inc.

POTTER, ANDERSON & CORROON, LLP

*/s/ Sarah E. DiLuzio*
Sarah E. DiLuzio (4085)
1313 North Market Street
P O Box 951
Wilmington, DE  19899
(302) 984-6279
Attorney for Defendant

DATE:   March 11, 2005

## CERTIFICATE OF SERVICE

**I, Raymond W. Cobb,** hereby certify that on this 4th day of April, 2005 I caused to be served upon counsel two true and correct copies of the Withdrawal of Appearance via U.S. Mail postage prepaid to the following:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street
P O Box 1675
Wilmington, DE  19899

Sara E. DiLuzio, Esquire
Potter, Anderson & Corroon, LLP
1313 North Market Street
P O Box 951
Wilmington, DE  19899

   /s/ Raymond W. Cobb
RAYMOND W. COBB
Three Mill Road
Suite 206
Wilmington, DE  19806
(302) 777-4100
Attorney for Defendant