IN THE UNITED STATE DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY J. QUARTARONE, Individually, and ANTHONY J. QUARTARONE, as next of friend of MARIO QUARTARONE, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC.<br>A Delaware Corporation.<br><br>Defendant | C.A. No. 04-380-SLR<br><br><br><br>Trial By Jury Demanded |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, pursuant to Federal Rule of Civil Procedure 56, moves for Summary Judgment and in support thereof relies of the Brief filed contemporaneously herewith.

                                        **RAYMOND W. COBB, LLC**

                                        __/s/ Raymond W. Cobb_____
                                        Raymond W. Cobb
                                        Bar Id:
                                        Three Mill Road
                                        Suite 206
                                        Wilmington, DE  19806
                                        (302) 777-4100
                                        Attorney for Defendant

Date:  April 4, 2005