IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY J. QUARTARONE, Individually, and ANTHONY J. QUARTARONE, as next of friend of MARIO QUARTARONE, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC. a Delaware Corporation.<br><br>Defendant | )<br>)<br>)<br>)  C.A. No. 04-380 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Plaintiff's Answering Brief in Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Appendix in Support of It's Answering Brief in Opposition to Defendant's Motion for Summary Judgment were send via U.S. Mail and electronically noticed to the following counsel on April 18, 2005 :

        Raymond W. Cobb, Esquire
        Three Mill Road, Suite 206
        Wilmington, DE  19806

        ABER, GOLDLUST, BAKER & OVER

        /s/ Gary W. Aber
        GARY W. ABER (DSB #754)
        702 King Street, Suite 600
        P.O. Box 1675
        Wilmington, DE  19899
        (302) 472-4900
        Attorney for Plaintiff

DATED:  April 18, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading was hand delivered to the following counsel on April 18, 2005:

>Raymond W. Cobb, Esquire
>Three Mill Road, Suite 206
>Wilmington, DE  19806

>/s/ Melissa Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire