IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY J. QUARTARONE, individually, ANTHONY J. QUARTARONE, as next of friend, and MARIO QUARTARONE, a minor, <br><br>         Plaintiffs, <br><br>    v. <br><br> KOHL'S DEPARTMENT STORES, INC., a Delaware corporation, <br><br>         Defendant. | ) ) ) ) ) ) ) ) ) ) Civ. No. 04-380-SLR ) ) ) ) ) |

O R D E R

At Wilmington this 20th day of May, 2005, having reviewed plaintiffs' motion to compel and defendant's response thereto;

IT IS ORDERED that said motion (D.I. 18) is granted in part and denied in part. Within ten (10) days of plaintiffs' executing the proposed Confidentiality Agreement, defendant shall produce all the materials it has agreed to produce, as well as materials in its possession responsive to request numbered 6.

                                           _____
                                           United States District Judge