UNITED STATES DISTRICT COURT
District of Delaware

| | | |
|---|---|---|
| ANTHONY J. QUARTARONE, Individually, and ANTHONY J. QUARTARONE, as next friend of MARIO QUARTARONE, a minor, | : : : : : | Civil Action No. 04-380-SLR |
| Plaintiffs, | : : | Jury Trial Demanded |
| v. | : : | |
| KOHL'S DEPARTMENT STORES, INC., | : : | |
| Defendant. | : | |

**MOTION OF DEFENDANT FOR ADDITIONAL
 TIME TO PRODUCE DOCUMENTS/DISCOVERY**

Defendant, by and through its undersigned counsel, moves this Honorable Court for additional time to comply with this Court's Order regarding the production of certain documents and in support thereof states:

1.  This Court entered an Order on or about May 20, 2005 requiring Defendant to produce certain documents to plaintiff within 10 days. Notice of the entry of this Order was forwarded to counsel electronically. Counsel for the Defendant was unaware of that this Order had been sent because it was apparently captured by a spam filter as "junk mail".

2.  By letter dated June 1, 2005 and received on June 3, Plaintiffs' counsel wrote to Defendant's counsel and requested the documents that were subject to this Court's Order. On that day, Defendant's counsel produced documents that were in his possession that were responsive to the Order and explained to Plaintiffs' counsel that this was the first notice of the Order and requested additional time to produce the other documents that were responsive. The only documents to be produced were copies of Complaints filed against Kohl's involving an allegation of "shop lifting" (see attached Exhibit "1").

3. Defendant's counsel has had no response from Plaintiffs' counsel to this or other letters regarding the issue raised herein requesting additional time to respond.

4. In order to obtain the documents that are responsive to Request No. 6 it is necessary for representatives of Defendant to manually review matters/files to determine if the Complaints are responsive to this Request. Therefore, substantial time is necessary to comply with the Order.

5. Representatives of Defendant should be able to complete this review in an additional 10 days. The delay will not prejudice the plaintiff in any manner because it is unlikely that the Complaints will provide any specific information that Plaintiffs can use towards the pursuit of their claims.

6. Prior to the issuance of this Order, defendant has responded in a timely manner to all discovery requests in this case.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court enlarge the time to for Defendant to comply with this Court's Order.

**RAYMOND W. COBB, LLC**

   /s/Raymond W. Cobb
Raymond W. Cobb
Three Mill Road
Suite 206
Wilmington, DE  19806
(302) 777-4100
Attorney for Defendant

DATE:      July 8, 2005

**CERTIFICATE OF SERVICE**

**I, Raymond W. Cobb,** hereby certify that on this 8th day of July 2005 I caused to be served upon plaintiff's counsel two true and correct copies of the Defendant's Motion for extension of Time to Provide Discovery electronically to the following:

>Gary W. Aber, Esquire
>Aber, Goldlust, Baker & Over
>702 King Street
>P O Box 1675
>Wilmington, DE  19899

>   /s/Raymond W. Cobb
>RAYMOND W. COBB
>Three Mill Road
>Suite 206
>Wilmington, DE  19806
>(302) 777-4100
>Attorney for Defendant