*Law Office*

# RAYMOND W. COBB, LLC

Three Mill Road
Suite 206
Wilmington, Delaware 19806
(302) 777-4100
Facsimile
(302) 777-4111

June 3, 2005

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
Wilmington, DE 19899

    RE:    **Quartarone v. Kohl's**
             **C.A. No. 04-38(SLR)**

Dear Gary:

    Thank you for your recent letter. I was unaware of the Court's Order because it appears my spam filter caught the e-mail message. I do not have information responsive to Request No. 6 in my possession; therefore, I will need to request it from my client. I assume that you will allow me additional time to obtain this information given that I was unaware of the Court's Order until your letter. If you are not so inclined, please advise me so that I can make application to the Court for additional time.

    Enclosed please find a copy of the Kohl's manual relative to security that was requested. Please accept this as an update to Defendant's previously filed discovery responses in this matter.

    If you require a more formal supplementation, please advise us in writing.

                                                    Very truly yours,

                                                    Raymond W. Cobb

RWC/nb
Enclosure