LAW OFFICES
# ABER, GOLDLUST, BAKER & OVER
(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
JOANNE A. SHALLCROSS**
SHAUNA T. HAGAN

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

(302) 472-4900
TELECOPIER (302) 472-4920

June 1, 2005

Raymond W. Cobb, Esquire
Three Mill Road, Suite 206
Wilmington, DE  19806

       RE:    Quartarone v. Kohls

Dear Mr. Cobb:

On May 20, 2005 Judge Robinson entered an order directing that you provide certain additional discovery in response to my Motion to Compel. Would you please let me know when I might receive that discovery. I would like to avoid any further involvement of the Court in this matter if possible.

Thank you for your assistance and cooperation.

Yours very truly,

Gary W. Aber

GWA/mac



RECEIVED JUN - 3 2005