UNITED STATES DISTRICT COURT
District of Delaware

| | | |
|---|---|---|
| ANTHONY J. QUARTARONE, Individually, and ANTHONY J. QUARTARONE, as next friend of MARIO QUARTARONE, a minor, | : : : : : | Civil Action No. 04-380-SLR |
| Plaintiffs, | : : | Jury Trial Demanded |
| v. | : : | |
| KOHL'S DEPARTMENT STORES, INC., | : : | |
| Defendant. | : | |

**SUPPLEMENTAL REPLY TO**
**PLAINTIFF'S MOTION TO COMPEL**

Defendant files this supplement al response to Plaintiff's (sic) Motion to Compel pursuant to FRCP 37 as follows:

1.-10.    Defendant incorporates its earlier responses filed on June 29, 2005.

11.    On July 9, 2005, Defendant provided a supplemental response to discovery. Defendant hand delivered to Plaintiffs' counsel all documents that have been located that are responsive to Plaintiffs' Request for Production No. 6 (See attached as Exhibit "A"). By so doing, Defendant has fully complied with this Court's Order requiring the production of documents that had been previously withheld on the basis of privilege or other objection.

12.    Plaintiffs have not been prejudiced in any manner by any delay in the supplemental production of documents. Defendant did not delay in its production of the documentation but produced the documents so as quickly as possible after being notified by its counsel of the need for the production of the Complaints relating to other alleged "shoplifting" incidents. Therefore, the Defendant should not be sanctioned.

**WHEREFORE**, Defendant respectfully requests that Plaintiff's (sic) Motion for Sanctions be denied.

                                            **RAYMOND W. COBB, LLC**

                                            /s/ Raymond W. Cobb
                                            RAYMOND W. COBB
                                            Three Mill Road
                                            Suite 206
                                            Wilmington, DE  19806
                                            (302) 777-4100
                                            Attorney for Defendant

DATE:       July 11, 2005

## CERTIFICATE OF SERVICE

**I, Raymond W. Cobb,** hereby certify that on this 11[h] day of July, 2005 I caused to be served upon plaintiff's counsel two true and correct copies of the Defendant's Supplemental Reply to Plaintiff's Motion for Sanctions electronically to the following:

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street
> P O Box 1675
> Wilmington, DE  19899

>                                        /s/ Raymond W. Cobb
>                                        RAYMOND W. COBB
>                                        Three Mill Road
>                                        Suite 206
>                                        Wilmington, DE  19806
>                                        (302) 777-4100
>                                        Attorney for Defendant