*Law Office*

# RAYMOND W. COBB, LLC

Three Mill Road
Suite 206
Wilmington, Delaware 19806
(302) 777-4100
Facsimile
(302) 777-4111

July 8, 2005

**VIA HAND DELIVERY**
Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P O Box 1675
Wilmington, DE 19899

  RE: **Quartarone v. Kohl's**
     **C.A. No. 04-38(SLR)**

Dear Gary:

  Enclosed please find all documents responsive to Request No. 6 that have been located. Please accept this as an update to Defendant's previously filed discovery responses in this matter.

  If you require a more formal supplementation, please advise us in writing.

              Very truly yours,

              */s/ Raymond W. Cobb*
              Raymond W. Cobb

RWC/dnd
Enclosure