IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY J. QUARTARONE, individually, ANTHONY J. QUARTARONE, as next of friend, and MARIO QUARTARONE, a minor, <br><br> Plaintiffs, <br><br> v. <br><br> KOHL'S DEPARTMENT STORES, INC., a Delaware corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Civ. No. 04-380-SLR ) ) ) ) ) |

O R D E R

At Wilmington this 13th day of July, 2005, having reviewed defendant's motion for additional time to produce documents/discovery;

IT IS ORDERED that said motion (D.I. 31) is granted. Defendant shall have until **July 25, 2005** to fully comply with this court's order of May 20, 2005.

                                              _____
                                              United States District Judge