*Law Office*

# RAYMOND W. COBB, LLC

Three Mill Road
Suite 206
Wilmington, Delaware 19806
(302) 777-4100
Facsimile
(302) 777-4111

September 9, 2005

The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 31
Wilmington, DE 19801

> RE:   **Quartarone v. Kohl's**
> **C.A. No. 04-38(SLR)**

Dear Judge Robinson:

As Your Honor is aware I represent the defendant in the above captioned matter. I received Mr. Aber's letter to the Court regarding his surgery scheduled for September 26, 2005. I placed a telephone call to Mr. Aber but have been unable to speak with him with regard to this issue.

The purpose of this letter is to advise the Court that I personally do not object to a continuance of the trial based upon Mr. Aber's proposed surgery. I have contacted my client but have not received a response with regard to its position. I certainly will recommend that Kohl's not oppose this request for a continuance. However, I have no objection to the Court acting on Mr. Aber's request at this time.

Assuming the Court grants Mr. Aber's request for a trial continuance, will the Pretrial Conference scheduled for Monday, September 12, 2005 be rescheduled also? I thank the Court in advance for its consideration in this matter.

If the Court needs further information, I stand ready at the call of the Court.

Respectfully,

Raymond W. Cobb

RWC/dnd

cc:    Gary W. Aber, Esquire
       Clerk of the Court