*Law Office*

# RAYMOND W. COBB, LLC

Three Mill Road
Suite 206
Wilmington, Delaware 19806
(302) 777-4100
Facsimile
(302) 777-4111

September 9, 2005

Clerk of the Court
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

    RE:    **Quartarone v. Kohl's**
             **C.A. No. 04-380(SLR)**

Dear Sir or Madam:

    This office represents the defendant in the above captioned matter. Attached please find the parties proposed Pretrial Order for filing with the Court.

    If you have any questions, do not hesitate to contact our office.

Very truly yours,

Raymond W. Cobb

RWC/dnd
Enclosure

cc:    Gary W. Aber, Esquire