OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

DATE: _9/9/05_

TO: _Gary Aber, Esq._

RE: CA# _04-380-SLR_ CASE CAPTION: _Quartarone v. Kohls_

DOCUMENT TITLE: _DI 34 - Letter enclosing pretrial documents_

As noted below, a document or a courtesy copy has been filed in the above noted case which *does not conform* to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices. **The Court will take no action on the filed document until the following discrepancies are corrected:**

☐ Copy must be properly bound. Rubber bands and binder clips are not acceptable bindings (e.g. Brief, Appendix).

☐ Courtesy copy not received by next business day.

☐ Redacted copy of sealed document not received within 5 business days.

☐ Pro Hac Vice fee not yet paid.

☐ The attorney account used for filing a document does not agree with the signature (either electronic or /s/) on the document.

☐ Certificate of Service not included with the document.

☐ Discovery document(s) erroneously filed: DI# _____ will be removed from the docket.

☐ 7.1.1 statement required with non-dispositive motions was not included with the document.

☐ Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.

☐ Brief exceeds the page limitations _____.

☐ Brief does not include a paginated table of contents/citations.

☐ Diskette or CD exceeds 2.5 megabytes. Please divide document into multiple files that do not exceed the size limitation and resubmit to the Clerk's Office for filing.

☐ Document not in PDF format. Provide disk/CD with document in PDF format.

☐ Document not readable in PDF reader, or ☐ appears to be missing pages.

☒ Other: _Each pretrial document must be signed and filed separately with its own docket item number. The docket codes can be found under "trial documents."_

If there are any questions concerning this matter, please do not hesitate to contact this office. Also, ECF Tips on our web site may be of interest to you, viewable at http:www.ded.uscourts.gov.

cc: Assigned Judge

_F. Tassone_
Deputy Clerk

(Rev. 5/05)