IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY J. QUARTARONE, individually and as next friend of MARIO QUARTARONE, a minor,<br><br>      Plaintiffs,<br><br>  v.<br><br>KOHL'S DEPARTMENT STORES, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 04-380-SLR<br>)<br>)<br>)<br>)<br>) |

O R D E R

At Wilmington this 12th day September, 2005, for the reasons stated in the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's motion for summary judgment (D.I. 21) is granted.

2. Plaintiff's motion for sanctions (D.I. 28) is denied as moot.

3. The Clerk of Court is directed to enter judgment in favor of defendant and against plaintiffs.

                                                  /s/ Sue L. Robinson
                                                United States District Judge