IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY J. QUARTARONE, individually and as next of friend of MARIO QUARTARONE, a minor,<br><br>    Plaintiffs,<br><br>    v.<br><br>KOHL'S DEPARTMENT STORES, INC., a Delaware corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No. 04-380-SLR<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

For reasons stated in the court's memorandum opinion and order of September 12, 2005;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Kohl's Department Stores, Inc. and against plaintiffs Anthony J. Quartarone and Mario Quartarone.

                                                                   _____
                                                                     United States District Judge

Dated: September 28, 2005

                                                                     _____
                                                                     (By) Deputy Clerk